IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN M. WILSON,

      Plaintiff,                         No. CIV S-05-2074 MCE DAD P

    vs.

STANISLAUS CO. BOARD OF
SUPERVISORS, et al.,

      Defendants.               <u>ORDER</u>

/

        Plaintiff alleges that he is confined in Atascadero State Hospital pursuant to the civil commitment provisions of California Welfare and Institutions Code §§ 6600 et seq. Plaintiff, who is proceeding pro se, has filed a complaint in which he alleges civil rights violations and seeks relief under 42 U.S.C. § 1983.  Along with his complaint plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  The case has been referred to the undersigned in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        Plaintiff's application to proceed in forma pauperis makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, plaintiff's request for leave to proceed in forma pauperis will be granted.

/////

/////

1

IT IS HEREBY ORDERED that:

1. Plaintiff's October 14, 2005 application to proceed in forma pauperis is granted;

2. Plaintiff's complaint will be served on defendants Stanislaus County Board of Supervisors and Sheriff Les Weidman;

3. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet, and one copy of the complaint filed October 14, 2005;

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court simultaneously:

   a. The completed, signed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 2 above; and

   d. Three true and exact copies of the endorsed complaint filed October 14, 2005;

5. Plaintiff shall not attempt service of process upon the defendants and shall not request a waiver of service of summons from the defendants. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: October 24, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
wils2074.1np

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN M. WILSON,

        Plaintiff,                       No. CIV S-05-2074 MCE DAD P

    vs.

STANISLAUS CO. BOARD OF
SUPERVISORS, et al.,             NOTICE OF SUBMISSION

        Defendants.               OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ <u>one</u> completed summons form;

        _____ <u>two</u> completed USM-285 forms; and

        _____ <u>three</u> true and exact copies of the complaint filed October 14, 2005.

DATED: _____.

                                                  _____
                                                  Plaintiff