# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. WILSON,<br><br>        Plaintiff,<br><br>  v.<br><br>STANISLAUS COUNTY BOARD<br>OF SUPERVISORS, et. al.,<br><br>        Defendants. | CV F   06217 AWI SMS P<br><br>ORDER DIRECTING DEFENDANTS TO<br>RESPOND TO PENDING MOTION FOR<br>TEMPORARY INJUNCTION (Doc. 23.) |

    John M. Wilson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On November 3, 2006, Plaintiff filed a Motion for Temporary Injunction which was served on the Defendant. However, to date, Defendants have not filed an Opposition to the Motions or a Statement of Non-opposition, as is required by the Local Rules. Local Rule 78-230(m).

    Accordingly, within **THIRTY (30) days** from the date of service of this Order, Defendants SHALL FILE an Opposition or a Statement of Non-opposition to Motions to Dismiss. The parties are forewarned that pursuant to Local Rule 11-110 "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

IT IS SO ORDERED.

**Dated:   December 6, 2006**                    /s/ Sandra M. Snyder
icido3                                                              UNITED STATES MAGISTRATE JUDGE