# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. WILSON, | CV F   06217 AWI SMS P |
| Plaintiff, | |
| v. | ORDER STRIKING AMENDED COMPLAINT FROM ACTION (Doc. 28.) |
| STANISLAUS COUNTY BOARD OF SUPERVISORS, et. al., | |
| Defendants. | |

John M. Wilson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on October 14, 2005, in the Sacramento Division of the U.S. District Court for the Eastern District of California.  The Court found that service was appropriate and directed the Clerk of Court to send Plaintiff the appropriate forms to complete for service.  Plaintiff submitted the forms and on November 15, 2006, the Court directed the U.S. Marshal to effect service.  On January 20, 2006, the U.S. Marshal returned the summons to the Court as executed as to Defendant Stanislaus County Board of Supervisors.  However, the

1

1  summons was returned unexecuted as to Defendant Wiedman.  Thus, this Court issued an Order
2  to Show Cause why Defendant Wiedman should not be dismissed from the action for lack of
3  service.
4      On October 14, 2005, Plaintiff submitted an Amended Complaint.
5      A plaintiff may amend his complaint once "as a matter of course," and without leave of
6  Court, before a response has been filed under Federal Rule of Civil Procedure 15(a).
7  Fed.R.Civ.P. 15(a); <u>Bonn v. Calderon</u>, 59 F.3d 815, 845 (9th Cir. 1995).  Leave of Court is
8  required for all other amendments.  Rule Civ. P. 15(a).
9      In this case, an Answer was filed on April 28, 2006.  Thus, Plaintiff's Amended
10 Complaint is filed without leave of Court and will be stricken from the record.  Should Plaintiff
11 seek to amend his complaint, he must do so by motion, make clear what he is trying to add to the
12 action and why he is trying to amend the Complaint at this stage.
13     Plaintiff is informed that a complaint submitted to the Court must comply with Rule 8(a)
14 of the Federal Rules of Civil Procedure.  Pursuant to Rule 8(a), a complaint must contain "a short
15 and plain statement of the claim showing that the pleader is entitled to relief . . . ."  Fed. R. Civ.
16 Pro. 8(a).  "Such a statement must simply give the defendant fair notice of what the plaintiff's
17 claim is and the grounds upon which it rests."  <u>Swierkiewicz</u>, 534 U.S. at 512.  A complaint that
18 is in lengthy narrative form is not in compliance with Rule 8(a).
19     The Court HEREBY ORDERS:
20     1.   Plaintiff's Amended Complaint (Doc. 28) is STRICKEN from the record.
21
22 IT IS SO ORDERED.
23 **Dated:   December 13, 2006**            **/s/ Sandra M. Snyder**
   icido3                                   UNITED STATES MAGISTRATE JUDGE

2