# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. WILSON, | CV F   06-217 AWI SMS P |
|       Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS REGARDING MOTION FOR TEMPORARY INJUNCTION (Doc. 23.) |
| STANISLAUS COUNTY BOARD OF SUPERVISORS, et. al., | |
|       Defendants. | |

John M. Wilson ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on October 14, 2005, in the Sacramento Division of the U.S. District Court for the Eastern District of California.  The Sacramento Division ordered service of the Complaint on Defendants Stanislaus County Board of Supervisors and Sheriff Les Weidman on November 15, 2005.  Defendants moved for a change of venue on January18, 2006, and the Motion was granted.  This Court received the case on February 27, 2006, after the summons was returned executed by the Board of Supervisors and unexecuted by Sheriff Les Weidman.

On November 3, 2006, Plaintiff field a Motion for Temporary Injunction.

The purpose of a preliminary injunction is to preserve the status quo if the balance of

1

equities so heavily favors the moving party that justice requires the court to intervene to secure the positions until the merits of the action are ultimately determined. University of Texas v. Camenisch, 451 U.S. 390, 395 (1981). A preliminary injunction is available to a plaintiff who "demonstrates either (1) a combination of probable success and the possibility of irreparable harm, or (2) that serious questions are raised and the balance of hardship tips in its favor." Arcamuzi v. Continental Air Lines, Inc., 819 F. 2d 935, 937 (9th Cir. 1987). Under either approach the plaintiff "must demonstrate a significant threat of irreparable injury." Id. Also, an injunction should not issue if the plaintiff "shows no chance of success on the merits." Id. At a bare minimum, the plaintiff "must demonstrate a fair chance of success of the merits, or questions serious enough to require litigation." Id.

"A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; *it may not attempt to determine the rights of persons not before the court*." Zepeda v. United States Immigration Service, 753 F.2d 719, 727 (9th Cir. 1985) (emphasis added). In an order issued concurrently with this Findings and Recommendations, the court dismissed Plaintiff's Complaint, with leave to amend. 28 U.S.C. § 1915A. Plaintiff is not entitled to preliminary injunctive relief until such time as the court finds that his Complaint contains cognizable claims for relief against the named defendants and the named Defendants have been served with the summons and complaint. At this juncture, Plaintiff's Motion for Temporary Injunction is premature. Accordingly, the Court RECOMMENDS that the Motion for Temporary Injunction be DENIED.

The Court HEREBY ORDERS that these Findings and Recommendations be submitted to the United States District Court Judge assigned to this action pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within TWENTY (20) days after being served with a copy of these Findings and Recommendations, any party may file written Objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the Objections shall be served and filed within TEN (10) court days (plus three days if served by mail) after service of the

1 Objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C.
2 § 636 (b)(1)(C).  The parties are advised that failure to file Objections within the specified time
3 may waive the right to appeal the Order of the District Court.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
4 (9th Cir. 1991).

7 IT IS SO ORDERED.

8 **Dated:     January 16, 2007**                    /s/ Sandra M. Snyder
  icido3                                  UNITED STATES MAGISTRATE JUDGE