1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

JOHN M. WILSON,                                  CV F   06-217 AWI SMS P

10                        Plaintiff,

                                                 ORDER GRANTING PLAINTIFF'S REQUEST
11            v.                                 TO VOLUNTARILY DISMISS THIS ACTION
                                                 (Doc. 40)
12

STANISLAUS COUNTY BOARD
13   OF SUPERVISORS, et. al.,

14                        Defendants.
                                             /
15

16        John M. Wilson ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis

17   in this civil rights action filed pursuant to 42 U.S.C. § 1983.

18        On January 1, 2007, this Court issued an Order dismissing the Complaint with leave to

19   amend.  In that Order, the Court informed Plaintiff of the deficiencies of his Complaint and also

20   granted him leave to cure these deficiencies in an Amended Complaint or move for voluntary

21   dismissal.  On February 20, 2007, Plaintiff filed a Notice of Motion and Motion to Voluntarily

22   Dismiss his case.

23        Rule 41(a)(2) provides that an action "shall not be dismissed at the plaintiff's instance

24   save upon order of the court and upon such terms and conditions as the court deems proper."

25   Fed.R.Civ.P. 41(a)(2).

26        Here, Plaintiff alleges that he is unable to litigate this action at this time due to unforseen

27   circumstances. Although an Answer has been filed by the Defendants, the case is currently in the

28   discovery phase and there has been no objection by Defendants to the proposed dismissal.

1    Accordingly, the Court HEREBY ORDERS:

2    1.    The Motion to Voluntarily Dismiss the Action is GRANTED.

3    2.    The case is DISMISSED[1]; and

4    3.    The Clerk of Court is DIRECTED to enter judgment.

5

6   IT IS SO ORDERED.

7   **Dated:    February 27, 2007**                        _____/s/ Anthony W. Ishii_____
    0m8i78                                                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28      [1]Fed.R.Civ.P. 41(a)(2) provides: "Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice."