# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. WILSON, | CASE NO. CV-F-06-0217- LJO- SMS-P |
| Plaintiff, | **ORDER GRANTING VOLUNTARY DISMISSAL** (Doc. 40) |
| vs. | **ORDER TO DENY OUTSTANDING MOTION AS MOOT** (Doc. 23) |
| STANISLAUS COUNTY BOARD OF SUPERVISORS, et al, | |
| | **ORDER TO CLOSE CASE** |
| Defendants. / | |

This Court has received and reviewed the Plaintiff's Motion for Voluntary Dismissal, submitted to the Court on February 20, 2007. Plaintiff's Motion for Dismissal was filed while the Findings and Recommendation pertaining to a Motion for Injunction was pending. The Court grants Plaintiff's request. Therefore, the Motion for Injunction is DENIED as moot. The above-captioned case is terminated, without prejudice. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   February 27, 2007**         /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES DISTRICT JUDGE